Opinion issued April 3, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00082-CV

____________


DONALD ROY KNAPE, Appellant


V.


VICKI LYNN KNAPE, Appellee






On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 01FD 2340






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss his appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex.
R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.